**Opinion issued July 2, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-13-00503-CR
_____

## IN RE PEDRO LUCIO, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Pedro Lucio, has filed a petition for writ of mandamus.[1]  Relator

does not specify the order from which he seeks relief, but instead claims that he is

---

[1]    Relator identifies the underlying case as cause number CR-03-028, from the 22nd District Court of Hays County, Texas, and the Respondent as the State of Texas. His conviction was affirmed by the Third Court of Appeals in *Lucio v. State*, No. 03-03-00448-CR, 2005 WL 607698, at *1 (Tex. App.—Austin Mar. 17, 2005, pet. ref'd) (mem. op.) (not designated for publication).

"unlawfully restrained and confined" on his conviction for attempted sexual assault.[2]

This Court lacks jurisdiction over this case arising out of a county not within our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.201(b) (Vernon Supp. 2012).

## Conclusion

We dismiss the petition for writ of mandamus for lack of jurisdiction.

## PER CURIAM

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] *See* TEX. PENAL CODE ANN. § 22.011 (Vernon 2011).